GEZA EICHHORN, Respondent, *v.* "JOHN" OLSHANSKY, First Name of Tenant Being Fictitious, Appellant.

Supreme Court, Appellate Term, First Department, December 15, 1924.

Summary proceedings to dispossess — evidence — warranty by landlord's grantors of amount of rent not admissible against tenant.

In summary proceedings to dispossess, evidence of a warranty by the landlord's grantors of the amount of rent is not competent evidence against the tenant.

APPEAL by tenant from a final order in summary proceedings in the Municipal Court of the City of New York, Borough of Manhattan, Sixth District, awarding possession of the premises to the landlord.

*Leo Schafran [Irving L. Rollins* of counsel], for the appellant.

*Geza Eichhorn,* for the respondent.

PER CURIAM:

The warranty by the landlord's grantors that the rent of this tenant is thirty-four dollars is not competent evidence against this tenant.

Final order reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, BIJUR, WAGNER and LEVY, JJ.